✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 1 3 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD WEDDLE, | |
| Plaintiff, | |
| v. | 3:16-cv-00634-MMD-VPC |
| ISIDRO BACA et al., | ORDER |
| Defendants. | |

### I. DISCUSSION

On September 26, 2017, the Court granted Plaintiff thirty (30) days to file a second amended complaint or the action would proceed immediately against Defendants Feil and O'Day (Count I-retaliation); Preston (Count II-procedural due process violation); Carpenter (Count III-procedural due process violation); LeGrand (Count IV-supervisory liability claim); Baca (Count V-supervisory liability claim); Feil and Carpenter (Count VI-state law claim); and Williams (Count VII-due process violation) only. (ECF No. 11 at 15). On October 12, 2017, Plaintiff filed a motion for an extension of time up to October 25, 2017 to file a motion for reconsideration on the Court's screening order. (ECF No. 12 at 2). The Court grants the motion for an extension of time to file a motion for reconsideration on or before Wednesday, October 25, 2017. If Plaintiff fails to file a motion for reconsideration by that date, he has until Friday, November 3, 2017 to file his second amended complaint or the case will proceed immediately on the above-specified claims.

### II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 12) is granted.

IT IS FURTHER ORDERED that on or before Wednesday, October 25, 2017, Plaintiff

shall file his motion for reconsideration. If Plaintiff does not file a motion for reconsideration, he shall file his second amended complaint on or before Friday, November 3, 2017 or the case will proceed immediately against Defendants Feil and O'Day (Count I-retaliation); Preston (Count II-procedural due process violation); Carpenter (Count III-procedural due process violation); LeGrand (Count IV-supervisory liability claim); Baca (Count V-supervisory liability claim); Feil and Carpenter (Count VI-state law claim); and Williams (Count VII-due process violation) only.

DATED: This 13th day of October, 2017.

_____
United States Magistrate Judge