ADAM PAUL LAXALT
  Attorney General
JOSHUA M. HALEN, Bar No. 13885
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1209
E-mail: jhalen@ag.nv.gov

*Attorneys for Defendants David Carpenter, Pamela Feil, Robert Legrand, Jason O'Dea, Bobby Preston*

```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

         MAY - 4 2018

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD WEDDLE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ISIDRO BACA, et al.,<br><br>　　　　Defendants. | Case No. 3:16-cv-00634-MMD-VPC<br><br>ORDER<br><br>**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING** |

　　Defendants Isidro Baca, David Carpenter, Jason O'Dea, Pamela Feil, Robert LeGrand, Bobby Preston, and Brian Williams, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Joshua M. Halen, Deputy Attorney General, hereby move for an enlargement of time to file a responsive pleading. This Motion is based on the following Memorandum of Points and Authorities and all papers and pleadings on file in this case.

### MEMORANDUM OF POINTS AND AUTHORITIES

**I. LAW AND ARGUMENT**

　　This is an inmate civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff Richard W. Weddle (Plaintiff) is an inmate in the custody of the Nevada Department of Corrections (NDOC), housed at High Desert State Prison. The Court screened Plaintiff's Amended Complaint and allowed First and Fourtheeth Amendment claims to proceed pursuant to § 1983. (ECF No. 11.) The Court has also allowed Plaintiff to proceed with a state law tort claim of negligence. (*Id.*)

1

On February 20, 2018, the Court entered its Order regarding Plaintiff's in forma pauperis stats and setting service deadlines. (ECF No. 21.) The Court ordered that if the Attorney General's Office accepted service for any Defendants, a responsive pleading would be due within sixty-days of the Court's Order. *Id.* Accordingly, a responsive pleading is due by Defendants by April 23, 2018.[1]

Counsel for Defendants has been preparing a responsive pleading in the form of a motion for summary judgment and is in the process completing the motion. Counsel needs a short extension of time to finalize the motion and the requisite declarations and exhibits.

FED. R. CIV. P. 6(b)(1) governs enlargements of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

The proper procedure, when additional time for any purpose is needed, is to present a request for extension of time before the time fixed has expired. *Canup v. Miss. Val. Barge Line Co.*, 31 F.R.D. 282 (W.D. Pa. 1962). Extensions of time may always be asked for, and usually are granted on a showing of good cause if timely made under subdivision (b)(1) of the Rule. *Creedon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947).

Defendants seek an enlargement of time to file a responsive pleading. Good cause exists to extend the time to file this motion. The extension of time is needed to finalize the motion for summary judgment and the attached exhibits and declarations. Plaintiff will not be prejudiced by a small enlargement of time. This request is made in good faith and is not for the purposes of delay. Defendants request an extension of one day to file a responsive pleading in the form of the motion for summary judgment.

///
///
//
///
///

---

[1] Sixty-days after February 20, 2018, was April 21, 2018, a Saturday. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(C), the responsive pleading due date is Monday, April 23, 2018.

2

## II. CONCLUSION

Based on the foregoing, Defendants respectfully request their motion for enlargement of time be granted and the deadline for filing a responsive pleading be extended one (1) day up to and including April 24, 2018.

DATED this 23rd day of April, 2018.

ADAM PAUL LAXALT
Attorney General

By: /s/ Joshua M. Halen
JOSHUA M. HALEN
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

IT IS SO ORDERED

U.S. MAGISTRATE JUDGE

DATED: May 4, 2018

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 23rd day of April, 2018, I caused to be deposited for mailing a true and correct copy of the foregoing, **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING**, to the following:

Richard Weddle, #74880
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070

An employee of the
Office of the Attorney General