AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants*
*David Carpenter, Pamela Feil,*
*and Jason O'Dea*

FILED
AUG 23 2019
CLERK US DISTRICT COURT
DISTRICT OF NEVADA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RICHARD WEDDLE,

    Plaintiff,

vs.

ISIDRO BACA, et al.,

    Defendants.

ORDER

Case No. 3:16-cv-00634-MMD-CBC

**MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY (FIRST REQUEST)**

Defendants David Carpenter, Pamela Feil, and Jason O'Dea, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby hereby submit their Motion for Extension of Time to File Responses to Plaintiffs Discovery requests. (First Request). This Motion is based on Federal Rule of Civil Procedure 6(b)(1)(A), the following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

## MEMORANDUM OF POINTS AND AUTHORITIES

I.  **ARGUMENT**

Defendants respectfully request an extension of time from the current deadline (August 22, 2019) to respond to Plaintiff's Discovery in this case. Plaintiff has served multiple requests for admissions on the Defendants. The Court previously granted an extension of time to reply to other discovery requests in this matter. The new due date for that discovery would be September 23, 2019. The Defendants respectfully request an extension, until that date, for responses to the Requests for Admissions.

Defense counsel submits that this Division has experienced a wave of recent retirements and departures. Although the Division is depleted, new Deputy Attorneys General (DAGs) have arrived to help restore normal functionality. However, the Division is still attempting to catch up on all the cases. Defense counsel respectfully requests this extension to accommodate the new arrivals and the Division during this transition period. Additionally, Counsel is preparing for a Jury Trial in front of Judge Du which is set to commence on Tuesday, September 10, 2019, which is further stretching the resources of this office.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request is timely and will not hinder or prejudice Plaintiff's case, but will allow for a thorough opportunity to respond to the discovery requests. The requested extension of time should permit the parties time to adequately research draft, and submit discovery in this case. Defendants assert that the requisite good cause is present to warrant the requested extension of time. Therefore, the Defendants request an extension, until September 23, 2019, to respond to Plaintiff's requests for admissions.

DATED this 22nd day of August, 2019.

AARON D. FORD
Attorney General

By: _____
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED 8/23/2019

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 22nd day of August, 2019, I caused to be deposited for mailing a true and correct copy of the foregoing, **MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY (FIRST REQUEST)**, to the following:

Richard Weddle, #85306
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070

/s/ Laurie Penny
An employee of the
Office of the Attorney General

3

# DECLARATION

# DOUGLAS R. RANDS

# DECLARATION

# DECLARATION OF DOUGLAS R. RANDS

1. I, Douglas R. Rands, am over the age of 18 and am otherwise fully competent to testify to the facts contained in this declaration.

2. The statements contained in this declaration, except where otherwise indicated to be upon information and belief, are based on my personal knowledge and experience.

3. I am an Attorney licensed to practice law in the Federal District Court for the District of Nevada.

4. In connection with the filing of this declaration, I submit this declaration in support of Defendant's Motion for Extension of time in the matter entitled *Weddle v Baca,, et al.,* currently pending in the United States District Court, District of Nevada as Case No. 3:16-CV-00634-MMD-CBC.

5. Defense counsel has recently been reassigned this matter from another attorney.

6. I am in the process of preparing for a Jury Trial in this Court. I am scheduled, be second chair on a trial in the United States District Court for the District of Nevada.

7. This week, I am involved in trial preparation, which will take additional time in the next weeks to be fully prepared.

8. Defense counsel also submits that this Division has experienced a wave of recent retirements and departures. Although the Division is depleted, new Deputy Attorneys General (DAGs) should be arriving in early August to help restore normal functionality.

FURTHER I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

EXECUTED this 22nd day of August, 2019

_____
Douglas R. Rands