# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD WEDDLE, | 3:16-CV-0634-MMD-CLB |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | February 7, 2020 |
| ISIDRO BACA, et al., | |
| Defendants. | |

PRESENT: THE HONORABLE CARLA BALDWIN, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Several motions are currently pending. The court will address each in turn.

### ECF No. 85 – Emergency motion to extend copywork credit

Plaintiff's motion for extension of legal copy work (ECF No. 85) is **GRANTED in part**. In his motion, plaintiff states that he has exceeded his photocopy limit and requests that the court allow him to exceed the limit in order to prosecute this case. The court will allow plaintiff a one-time opportunity to exceed his photocopy limit in the amount of $15.00 in this case. The additional $15.00 shall be added to plaintiff's prison account to be paid when plaintiff has funds available. The court cautions plaintiff that he should carefully consider the documents he intends to copy because the court will not allow plaintiff to exceed the copy limit by more than $15.00 under any circumstance.

The Clerk shall mail a copy of this order to Chief of Inmate Services for NDOC, P.O. Box 7011, Carson City, Nevada 89702.

### ECF No. 87 – Motion for extend time to file objections

Plaintiff's motion for extension of time to file objections to defendants' discovery (ECF No. 87) is **DENIED**. Plaintiff seeks an extension of time to March 20, 2020 to file objections to defendants' answers to discovery requests. The time for filing such objections is long past (ECF No. 70), and a dispositive motion has been filed (ECF No. 82). Discovery is closed in this case.

## ECF No. 82 – Defendants' motion for summary judgment

Defendants filed a motion for summary judgment (ECF No. 82). Plaintiff was given notice pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) on December 19, 2019 (ECF No. 93). To date, plaintiff has failed to file points and authorities in opposition to the motion.

Plaintiff is advised the court may consider the facts of the motion as undisputed if the opposing party fails to file points and authorities and submit evidence in response to the motion. Accordingly, the court may then grant the motion if it has merit. The court will *sua sponte* grant plaintiff an extension of time to **Friday, February 28, 2020** to file an opposition to the motion. No further extensions of time shall be granted.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
　　　Deputy Clerk